Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−16285−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Thomas Patrick Darby | Audrey Marie Darby |
| 232 Doremus Avenue | 232 Doremus Avenue |
| Ridgewood, NJ 07450−4242 | Ridgewood, NJ 07450−4242 |

Social Security No.:
   xxx−xx−4406                                        xxx−xx−4909

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date: 6/6/19
Time: 02:00 PM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Norgaard O'Boyle

COMMISSION OR FEES
$2289.44

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: May 14, 2019
JAN:

                                                                           Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 19-16285-VFP
Thomas Patrick Darby                                          Chapter 13
Audrey Marie Darby
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: May 14, 2019
                             Form ID: 137             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db/jdb         Thomas Patrick Darby,    Audrey Marie Darby,    232 Doremus Avenue,    Ridgewood, NJ 07450-4242
518148746      ACN Communications,    1000 Progress Pl,    Concord, NC 28025-2449
518148747      Chase Auto Finance,    PO Box 901003,    Fort Worth, TX 76101-2003
518148752     +Lynette Joy Goodman,    14-25 Plaza Road,    Suite 5-2-2,    Fair Lawn, NJ 07410-3546
518148753      Milstead & Assoc.,    1 E Stow Rd,    Marlton, NJ 08053-3118
518148755      NJ E-ZPass Violations Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
518148756      NY E-ZPass Violation Processing Unit,    PO Box 15186,    Albany, NY 12212-5186
518148754      New Liberty Loans Pawn Shop,    67 W 47th St,    New York, NY 10036-8296
518148757      Oradell Animal Hospital,    580 Winters Ave,    Paramus, NJ 07652-3902
518148758      Shellpoint Mortgage Services,    PO Box 10826,    Greenville, SC 29603-0826
518148759      Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
518148760      State of NJ-Division of Taxation,    Revenue Processing Center,    PO Box 193,
                Trenton, NJ 08646-0193
518148761      The Port Authority of NY & NJ,    Violations Processing Center,    PO Box 15186,
                Albany, NY 12212-5186

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 15 2019 02:22:36    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2019 02:22:29    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 00:37:18
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518148748      E-mail/Text: info@cenj.com May 15 2019 02:22:15    Commission Express,    PO Box 354,
                Gladstone, NJ 07934-0354
518148749      E-mail/Text: bankruptcy_notifications@ccsusa.com May 15 2019 02:23:47
                Credit Collection Service,    PO Box 710,    Norwood, MA 02062-0710
518148750      E-mail/PDF: creditonebknotifications@resurgent.com May 15 2019 00:32:43    Credit One Bank,
                PO Box 98872,    Las Vegas, NV 89193-8872
518148751      E-mail/Text: cio.bncmail@irs.gov May 15 2019 02:21:43    IRS-Centralized Insolvency Operations,
                PO Box 7346,    Philadelphia, PA 19101-7346
518151650     +E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 00:34:47    Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518148762      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2019 02:07:09
                Verizon by American InfoSource LP,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Lennette Joy Goodman
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2019 at the address(es) listed below:
              Brian Gregory Hannon    on behalf of Joint Debtor Audrey Marie Darby bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Brian Gregory Hannon    on behalf of Debtor Thomas Patrick Darby bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4