Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−16285−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas Patrick Darby
232 Doremus Avenue
Ridgewood, NJ 07450−4242

Audrey Marie Darby
232 Doremus Avenue
Ridgewood, NJ 07450−4242

Social Security No.:
xxx−xx−4406

xxx−xx−4909

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:    2/6/20
Time:    02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Norgaard O'Boyle, Debtor's Attorney,

COMMISSION OR FEES
$1,695.52

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows: The Amount Paid to Unsecured Creditors Will Be Reduced by the Amount of this Fee Application, If Granted.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 31, 2019
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 19-16285-VFP
Thomas Patrick Darby                                                       Chapter 13
Audrey Marie Darby
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Dec 31, 2019
                              Form ID: 137             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 02, 2020.
db/jdb         Thomas Patrick Darby,    Audrey Marie Darby,    232 Doremus Avenue,    Ridgewood, NJ  07450-4242
518289357      1900 Capital Trust II, by U.S. Bank Trust N.A.,    c/o NewRez LLC dba Shellpoint Mtg Svc,
                PO Box 10826,   Greenville, SC 29603-0826
518148746      ACN Communications,    1000 Progress Pl,    Concord, NC  28025-2449
518148747      Chase Auto Finance,    PO Box 901003,    Fort Worth, TX  76101-2003
518277959     +GreenPoint Mortgage Funding, Inc,    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518148752     +Lynette Joy Goodman,    14-25 Plaza Road,    Suite 5-2-2,    Fair Lawn, NJ  07410-3591
518148753      Milstead & Assoc.,    1 E Stow Rd,   Marlton, NJ  08053-3118
518148755      NJ E-ZPass Violations Processing Center,    PO Box 4971,    Trenton, NJ  08650-4971
518148756      NY E-ZPass Violation Processing Unit,    PO Box 15186,    Albany, NY  12212-5186
518289857     +NYS Thruway Authority,    200 Southern Blvd.,    Albany, NY  12209-2098
518148754      New Liberty Loans Pawn Shop,    67 W 47th St,   New York, NY  10036-8296
518148757      Oradell Animal Hospital,    580 Winters Ave,   Paramus, NJ  07652-3902
518473923     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Department of Treasury,
                Division of Taxation,    Bankruptcy Unit,   PO Box 245,    Trenton, NJ 08695-0245)
518148758      Shellpoint Mortgage Services,    PO Box 10826,    Greenville, SC  29603-0826
518148759      Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC  29603-0826
518148760      State of NJ-Division of Taxation,    Revenue Processing Center,    PO Box 193,
                Trenton, NJ  08646-0193
518148761      The Port Authority of NY & NJ,    Violations Processing Center,    PO Box 15186,
                Albany, NY  12212-5186

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 31 2019 21:27:13      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 31 2019 21:27:11      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Dec 31 2019 21:31:59
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
518148748      E-mail/Text: info@cenj.com Dec 31 2019 21:27:07      Commission Express,    PO Box 354,
                Gladstone, NJ  07934-0354
518148749      E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 31 2019 21:27:41
                Credit Collection Service,    PO Box 710,   Norwood, MA  02062-0710
518148750      E-mail/PDF: creditonebknotifications@resurgent.com Dec 31 2019 21:31:40      Credit One Bank,
                PO Box 98872,   Las Vegas, NV  89193-8872
518148751      E-mail/Text: cio.bncmail@irs.gov Dec 31 2019 21:26:54      IRS-Centralized Insolvency Operations,
                PO Box 7346,   Philadelphia, PA  19101-7346
518274548      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 31 2019 21:31:22      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518151650     +E-mail/PDF: gecsedi@recoverycorp.com Dec 31 2019 21:31:33      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518148762      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 31 2019 21:31:47
                Verizon by American InfoSource LP,    4515 N Santa Fe Ave,   Oklahoma City, OK  73118-7901
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Lennette Joy Goodman
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2020                               Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin                  Page 2 of 2              Date Rcvd: Dec 31, 2019
                               Form ID: 137                 Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2019 at the address(es) listed below:
              Brian Gregory Hannon    on behalf of Joint Debtor Audrey Marie Darby bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Brian Gregory Hannon    on behalf of Debtor Thomas Patrick Darby bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as
               servicer for 1900 Capital Trust II, by U.S. Bank Trust National Association, not in its
               individual capacity but solely as Certificate Trustee eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    ARCPE 1 LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation
               Valerie.Hamilton@law.njoag.gov
                                                                                             TOTAL: 7
```