UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Norgaard O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ 07631
Phone: (201) 871-1333
Counsel to Debtors
By: Brian G. Hannon, Esq. (BGH - 3645)

Order Filed on February 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

THOMAS PATRICK DARBY and AUDREY MARIE DARBY,

　　　　　　　　　　　Debtor.

Case No.: ____19-16285____

Chapter: 13

Judge: ____VFP____

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 13, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Norgaard O'Boyle & Hannon_____, the applicant, is allowed a fee of $ _____1,492.50_____ for services rendered and expenses in the amount of $_____203.02_____ for a total of $_____1,695.52_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*

```
                       United States Bankruptcy Court
                            District of New Jersey
```

```
In re:                                                        Case No. 19-16285-VFP
Thomas Patrick Darby                                          Chapter 13
Audrey Marie Darby
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1             Date Rcvd: Feb 14, 2020
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2020.
db/jdb          Thomas Patrick Darby,    Audrey Marie Darby,    232 Doremus Avenue,    Ridgewood, NJ  07450-4242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2020 at the address(es) listed below:
              Brian Gregory Hannon    on behalf of Joint Debtor Audrey Marie Darby bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Brian Gregory Hannon    on behalf of Debtor Thomas Patrick Darby bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Elizabeth K. Holdren    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing as
               servicer for 1900 Capital Trust II, by U.S. Bank Trust National Association, not in its
               individual capacity but solely as Certificate Trustee eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   ARCPE 1 LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Valerie A. Hamilton    on behalf of Creditor   New Jersey Division of Taxation
               Valerie.Hamilton@law.njoag.gov
                                                                                               TOTAL: 7