Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 19−16285−VFP
                          Chapter: 13
                          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas Patrick Darby                                  Audrey Marie Darby
   232 Doremus Avenue                                   232 Doremus Avenue
   Ridgewood, NJ 07450−4242                       Ridgewood, NJ 07450−4242

Social Security No.:
   xxx−xx−4406                                                   xxx−xx−4909

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on February 18, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 18, 2020
JAN: mcp

                                                                                         Jeanne Naughton
                                                                                         Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 19-16285-VFP
Thomas Patrick Darby                                                Chapter 13
Audrey Marie Darby
       Debtors
                               CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2        Date Rcvd: Feb 18, 2020
                              Form ID: 148                Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
db/jdb         Thomas Patrick Darby,    Audrey Marie Darby,    232 Doremus Avenue,    Ridgewood, NJ  07450-4242
518289357      1900 Capital Trust II, by U.S. Bank Trust N.A.,    c/o NewRez LLC dba Shellpoint Mtg Svc,
                PO Box 10826,   Greenville, SC 29603-0826
518148746      ACN Communications,    1000 Progress Pl,   Concord, NC  28025-2449
518148747      Chase Auto Finance,    PO Box 901003,   Fort Worth, TX  76101-2003
518277959     +GreenPoint Mortgage Funding, Inc,    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518148752     +Lynette Joy Goodman,    14-25 Plaza Road,    Suite 5-2-2,   Fair Lawn, NJ  07410-3591
518148753      Milstead & Assoc.,    1 E Stow Rd,   Marlton, NJ  08053-3118
518148755      NJ E-ZPass Violations Processing Center,    PO Box 4971,    Trenton, NJ  08650-4971
518148756      NY E-ZPass Violation Processing Unit,    PO Box 15186,    Albany, NY  12212-5186
518289857     +NYS Thruway Authority,    200 Southern Blvd.,    Albany, NY  12209-2098
518148754      New Liberty Loans Pawn Shop,    67 W 47th St,   New York, NY  10036-8296
518148757      Oradell Animal Hospital,    580 Winters Ave,   Paramus, NJ  07652-3902
518473923     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    Bankruptcy Unit,   PO Box 245,    Trenton, NJ 08695-0245)
518148758      Shellpoint Mortgage Services,    PO Box 10826,    Greenville, SC  29603-0826
518148759      Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC  29603-0826
518148760      State of NJ-Division of Taxation,    Revenue Processing Center,    PO Box 193,
                Trenton, NJ  08646-0193
518148761      The Port Authority of NY & NJ,    Violations Processing Center,    PO Box 15186,
                Albany, NY  12212-5186

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 19 2020 02:33:25     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 19 2020 02:33:20      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Feb 19 2020 06:38:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                PO BOX 41021,   Norfolk, VA 23541-1021
518148748      E-mail/Text: info@cenj.com Feb 19 2020 02:33:08      Commission Express,    PO Box 354,
                Gladstone, NJ  07934-0354
518148749      EDI: CCS.COM Feb 19 2020 06:38:00     Credit Collection Service,    PO Box 710,
                Norwood, MA  02062-0710
518148750      E-mail/PDF: creditonebknotifications@resurgent.com Feb 19 2020 02:36:24      Credit One Bank,
                PO Box 98872,   Las Vegas, NV  89193-8872
518148751      EDI: IRS.COM Feb 19 2020 06:38:00     IRS-Centralized Insolvency Operations,    PO Box 7346,
                Philadelphia, PA  19101-7346
518274548      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 19 2020 02:37:24      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518151650     +EDI: RMSC.COM Feb 19 2020 06:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
518148762      EDI: AIS.COM Feb 19 2020 06:38:00     Verizon by American InfoSource LP,    4515 N Santa Fe Ave,
                Oklahoma City, OK  73118-7901
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Lennette Joy Goodman
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Feb 18, 2020
                               Form ID: 148             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2020 at the address(es) listed below:

```
          Brian Gregory Hannon    on behalf of Joint Debtor Audrey Marie Darby bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Brian Gregory Hannon    on behalf of Debtor Thomas Patrick Darby bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as
           servicer for 1900 Capital Trust II, by U.S. Bank Trust National Association, not in its
           individual capacity but solely as Certificate Trustee eholdren@hillwallack.com,
           jhanley@hillwallack.com;hwbknj@hillwallack.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    ARCPE 1 LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation
           Valerie.Hamilton@law.njoag.gov
                                                                                             TOTAL: 7
```