Form 177 − fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−16285−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Thomas Patrick Darby                             Audrey Marie Darby
   232 Doremus Avenue                              232 Doremus Avenue
   Ridgewood, NJ 07450−4242                  Ridgewood, NJ 07450−4242

Social Security No.:
   xxx−xx−4406                                                xxx−xx−4909

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 6, 2020</u>                <u>Vincent F. Papalia</u>
                                     Judge, United States Bankruptcy Court